partial trial before an able and experienced judge who was in a better position than this court to make a fair and sound determination of the punishment to be imposed. (See *People v. Taylor*, 33 Ill.2d 417, 424, 211 N.E.2d 673 and *People v. Fox*, 48 Ill.2d 239, 251, 252, 269 N.E.2d 720.) We find no error in this record.

Judgment affirmed.

EGAN, P. J., and HALLETT, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* PAUL DUNIGAN, Defendant-Appellant.

(No. 57969;

First District (1st Division)—February 4, 1974.

PER CURIAM.
BURKE, J., took no part.

James J. Doherty, Public Defender, of Chicago (Shelvin Singer and Robert C. Goldberg, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Linda West Conley, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* ROY VALADEZ, Petitioner-Appellant.

(No. 58622;

First District (1st Division)—February 4, 1974.

